TONY WEST
Assistant Attorney General
JOHN R. GRIFFITHS
Assistant Branch Director
BRADLEY H. COHEN (DC Bar No. 495145)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Tel: (202) 305-9855
Fax: (202) 318-0486
bradley.cohen@usdoj.gov

ALFRED W. RICCIARDI
Arizona Bar No. 009457
Aiken Schenk Hawkins & Ricciardi P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Tel: (602) 248-8203
Fax: (602) 248-8840
awr@ashrlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | 09-CV-00204-PHX-JWS <br><br> **RESPONSE TO COURT ORDER OF JUNE 3, 2009, STIPULATION TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT, AND PLAINTIFFS' REQUEST FOR ORAL ARGUMENT** |

Plaintiffs Hein Hettinga and Ellen Hettinga, d/b/a Sarah Farms ("plaintiffs" or "Hettinga"), and defendant Thomas J. Vilsack, in his capacity as Secretary of the United States Department of Agriculture ("defendant") pursuant to the Court's Order dated June 3, 2009, advise the Court that plaintiffs seek declaratory relief which would reverse an administrative decision of the United States Department of Agriculture pursuant to the

provisions of 7 U.S.C. § 608c(15)(B).  This Court is vested with jurisdiction in equity to review the ruling of the Department of Agriculture under that statute as well as the provision of the Administrative Procedure Act. 5 U.S.C. § 702, et seq.  A jury trial has been requested but the parties agree that there is no right to a jury trial in this case because there is no Seventh Amendment right to a jury trial in cases against the United States, and Congress has not affirmatively and unambiguously provided a statutory right to a jury trial in this instance.

Pursuant to the Court's Order of June 3, 2009, the parties have prepared a proposed briefing schedule regarding motions for summary judgment to be filed based upon the administrative record.  The proposed briefing schedule is as follows:

1. Plaintiffs will file their Motion for Summary Judgment no later than September 7, 2009.
2. Defendant will file his Combined Opposition to plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment motion no later than October 8, 2009.
3. Plaintiffs will file their Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment no later than October 26, 2009.
4. Defendant will file his Reply in Support of his Motion for Summary Judgment no later than October 30, 2009.

Pursuant to LR Civ. 7.2(f), Rules of Practice of the United States District Court for the District of Arizona, the Hettingas believe that oral argument on the cross-motions for summary judgment would assist the Court in making a decision on the Motions.  Therefore, the Hettingas request oral argument.  Defendant believes that the issues in this case are straightforward and can best be resolved through written briefing.  If after reviewing the cross-motions, the Court determines that oral argument would be of assistance, Defendant has no objection to plaintiffs' request.

Pursuant to Paragraph II(C)(3), District of Arizona ECF Administrative Policies and

Procedures Manual (May 19, 2009), both parties certify that the content of this stipulation is acceptable to all registered signatories required to sign it. A proposed form of order is submitted herewith.

Dated: June 23, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. GRIFFITHS
Assistant Branch Director

 /s/ *Bradley H. Cohen*
BRADLEY H. COHEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Tel: (202) 305-9855
Fax: (202) 318-0486
bradley.cohen@usdoj.gov

Counsel for Defendant


 /s/ *Alfred W. Ricciardi*
ALFRED W. RICCIARDI
Arizona Bar No. 009457
Aiken Schenk Hawkins & Ricciardi P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Tel: (602) 248-8203
Fax: (602) 248-8840
awr@ashrlaw.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2009, I caused a copy of the foregoing RESPONSE TO COURT ORDER OF JUNE 3, 2009, STIPULATION TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT, AND PLAINTIFFS' REQUEST FOR

1 | ORAL ARGUMENT to be electronically transmitted to the Clerk's Office using the
2 | CM/ECF System for filing along with and transmittal of a Notice of Electronic Filing to the
3 | following CM/ECF registrants:

                Alfred W. Ricciardi
                Aiken Schenk Hawkins & Ricciardi P.C.
                4742 North 24th Street, Suite 100
                Phoenix, Arizona 85016
                Tel: (602) 248-8203
                Fax: (602) 248-8840
                awr@ashrlaw.com

9 | June 23, 2009                          /s/ *Bradley H. Cohen*