## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*HEIN HETTINGA, et al.*          v.   *THOMAS J. VILSACK, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:09-cv-00204 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  July 24, 2009

─────────────────────────────────────────────────────────────

At docket 16, United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms Company, Parker Dairy Farms, Inc., and the Dairy Institute of California (collectively "Amici") move for leave to participate as amici curiae in support of defendant Thomas J. Vilsack.  No response to the motion has been filed.  Upon examination, the court finds that the motion has merit.  The motion at docket 16 is **GRANTED** as follows:  Amici may file memoranda in support of and in reply to any response to any motion for summary judgment filed by defendant, and Amici may file a memorandum in response to any summary judgment motion filed by plaintiffs.  Amici's memoranda shall comply with the same page limits which apply to defendant's memoranda.  This order does not authorize counsel for Amici to participate in any oral argument which might be held, but counsel for Amici may attend any such argument, for it is possible that the court would have questions for Amici's counsel.

─────────────────────